**Fill in this information to identify your case:**

Debtor 1 Tyrell Herbert Thomas
First Name Middle Name Last Name

Debtor 2
(Spouse, if filing) First Name Middle Name Last Name

United States Bankruptcy Court for the: ____________ District of ____________

Case number 26-15198
(If known)

USBC-GA FILED
11 JUN 26 PM12:32

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☐ No

☒ Yes. Name of person RoveNia Cobb, B.S. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

✗ [signature] ____________________
Signature of Debtor 1

Date 06/11/2026
MM / DD / YYYY

✗ ____________________
Signature of Debtor 2

Date ____________
MM / DD / YYYY